Stanley Ciecierski, Defendant in Error, v. Martin Hermanski, Plaintiff in Error.

Gen. No. 17,615. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. SHERIDAN E. FRY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1911. Affirmed. Opinion filed October 9, 1913.

### Statement of the Case.

Action by Stanley Ciecierski against Martin Hermanski to recover damages sustained by plaintiff by reason of being bit by a dog belonging to defendant. From a judgment for plaintiff for seventy-five dollars, defendant brings error.

JOHN C. CURTIN, for plaintiff in error; A. S. LAKEY, of counsel.

No appearance for defendant in error.

MR. JUSTICE GRIDLEY delivered the opinion of the court.

### Abstract of the Decision.

1. ANIMALS, § 47*—questions for jury. Whether owner of dog had knowledge of his mischievous propensity or that the plaintiff's injury was attributable to owner's neglect is a question for the jury.

2. ANIMALS, § 15*—proof of scienter. Scienter may be proved by attendant circumstances, without the necessity in all cases of proving prior cases of injury.

3. APPEAL AND ERROR, § 1467*—when admission of evidence not prejudicial error. In an action to recover damages for a dog bite, admission of a certified copy of the records of the Municipal Court of Chicago showing that defendant had been fined for permitting his dog to run at large unmuzzled, held not prejudicial error.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.